1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    DINESH GAUBA,                              Case No.  24-cv-03668-JSC

8                  Plaintiff,

9          v.                                   **ORDER GRANTING PLAINTIFF'S**
                                                **COUNSEL'S MOTION TO**
10   FERRARI NORTH AMERICA, INC.,               **WITHDRAW**

                  Defendant.                    Re: Dkt. No. 25
11

12

13          Before this Court is Plaintiff's counsel's request to withdraw as counsel. Counsel argues

14   the attorney-client relationship has deteriorated, making it unreasonably difficult to carry out

15   representation effectively. Plaintiff failed to respond and has not appeared *pro se* or with new

16   counsel. Defendant does not oppose withdrawal under the condition that Plaintiff's email address

17   is added to the CM/ECF service and Plaintiff's counsel provide Defendant with Plaintiff's contact

18   information so that Defendant can serve Plaintiff. (Dkt. No. 27.)[1] After carefully considering the

19   arguments and briefing submitted, the Court concludes oral argument is unnecessary, *see* Civ.

20   L.R. 7-1(b), and **GRANTS** the motion for the reasons below and **VACATES** the hearing set for

21   October 9, 2025.

22          This Court's Civil Local Rules provide that "[c]ounsel may not withdraw from an action

23   until relieved by order of the Court after written notice has been provided, reasonably in advance,

24   to the client and to all other parties who have appeared in the case." Civ. L.R. 11-5(a). Plaintiff's

25   counsel served this motion to Plaintiff and opposing counsel on August 29, 2025, well in advance

26   of the date of this order. (Dkt. No. 25 at 10.) Additionally, when, as here, the party whose counsel

27   ———————————

28   [1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the
     ECF-generated page numbers at the top of the documents.

United States District Court
Northern District of California

1  is withdrawing has not simultaneously appeared *pro se* or with new counsel, "leave to withdraw

2  may be subject to the condition that papers may continue to be served on counsel for forwarding

3  purposes, unless and until the client appears by other counsel or *pro se*. When this condition is

4  imposed, counsel must notify the party of this condition." Civ. L.R. 11-5(b).

5      The Court finds good cause to grant Plaintiff's counsel's motion to withdraw, subject to

6  the following condition: Plaintiff's counsel must continue to accept service from Defendants and

7  the Court and forward all documents to Plaintiff until Plaintiff appears in the case, new counsel

8  appears on Plaintiff's behalf, or the Court orders otherwise.  And Plaintiff's counsel must notify

9  Plaintiff of this condition. *See* Civ. L.R. 11-5(b).  Proof of service upon Plaintiff of this Order

10  shall be filed by October 3, 2025.

11      Further, the Court sets a further case management conference for **October 29, 2025 at**

12  **2:00 p.m. via Zoom video.**  Plaintiff or his new counsel must appear at the conference.  Plaintiff

13  is warned that his action may be dismissed for a failure to prosecute if he or new counsel do not

14  appear at the October 29, 2025 Zoom video conference.  No updated case management conference

15  statement is required.

16      This Order disposes of Docket No. 25.

17      **IT IS SO ORDERED.**

18  Dated: September 29, 2025

19

20

21  JACQUELINE SCOTT CORLEY
   United States District Judge

22

23

24

25

26

27

28

2